1  Viddell Lee Heard (# 175049)
    vheard@afrct.com
2  Yaw-Jiun (Gene) Wu (#228240)
    gwu@afrct.com
3  ANGLIN, FLEWELLING, RASMUSSEN,
    CAMPBELL & TRYTTEN LLP
4  199 South Los Robles Avenue, Suite 600
   Pasadena, California 91101-2459
5  Tel: (626) 535-1900 | Fax: (626) 577-7764

6  Attorneys for Defendant
   WELLS FARGO BANK, N.A., successor
7  by merger with Wells Fargo Bank
   Southwest, N.A., f/k/a Wachovia Mortgage,
8  FSB, f/k/a World Savings Bank, FSB
   ("Wells Fargo")

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EDWARD HENDRICKS,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A; and DOES 1 -10, inclusive,<br><br>    Defendants. | CASE NO: 2:13-cv-5855-MWF(JEMx)<br><br>[Assigned to the Hon. Michael W. Fitzgerald]<br><br>**DEFENDANT WELLS FARGO BANK, N.A.'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING LACK OF SUBJECT MATTER JURISDICTION** |

Defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wells Fargo") respectfully submits this short response to the Court's Order to Show Cause Regarding Lack of Subject Matter Jurisdiction (the "OSC"):

The Court's OSC held that Wells Fargo's citizenship to be that of its main office and its principal place of business.  Doc. # 7, citing *American Surety Co. v. Bank of Cal.,* 133 F.2d 160, 162 (9th Cir. 1943) and *Martinez v. Wells Fargo Bank*, 2013 U.S. Dist. LEXIS 72075 (N.D. Cal. May 21, 2013).

On July 12, 2013, this Court had issued a similar order to show cause in *Wachs v. Wells Fargo Bank*, Case No. 2:12-cv-08801 MWF (SHx).  Doc. # 34 in *Wachs*.  While Wells Fargo respectfully disagrees with the Court's position on the citizenship of a national bank, Wells Fargo had previously briefed this issue before this Court in *Wachs*.  To undersigned counsel's knowledge, there has been no significant case law on the subject in the interim.  In the interest of judicial economy, Wells Fargo will not repeat its arguments to the Court here.

However, Wells Fargo respectfully notes that the exact issue of its citizenship is currently on appeal before the Ninth Circuit in *Rouse v. Wachovia Mortgage, FSB*, Case No. 12-55278 ("*Rouse*").  Oral argument before the Ninth Circuit in *Rouse* has just been scheduled for November 5, 2013 at 9:30 a.m. in Pasadena, California.  Dkt # 23-1 in *Rouse*.  Wells Fargo respectfully reserves its rights to make new arguments in future cases based on the outcome of Ninth Circuit's decision in *Rouse*.

Respectfully submitted,

Dated:  August 30, 2013         ANGLIN, FLEWELLING, RASMUSSEN,
                                CAMPBELL & TRYTTEN LLP

                                By:     */s/ Yaw-Jiun (Gene) Wu*
                                        Yaw-Jiun (Gene) Wu
                                        gwu@afrct.com
                                Attorneys for Defendant
                                WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo")

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**DEFENDANT WELLS FARGO BANK, N.A.'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING LACK OF SUBJECT MATTER JURISDICTION**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

Joel M. Feinstein, Esq.
Chris T. Nguyen, Esq.
Law Office of Joel M. Feinstein, APC.
2021 Business Center Drive, # 213
Irvine, California 92612

Tel: (949) 419-8912 / Fax: (888) 900-5155

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on August 30, 2013.

| Vanessa Ngo | */s/ Vanessa Ngo* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

93000/FR1037/00716948-1

CASE NO.:
CERTIFICATE OF SERVICE